

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-19-00606-CR

Bobby S. **ARCE**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 379th Judicial District Court, Bexar County, Texas
Trial Court No. 2017CR11784
Honorable Ron Rangel, Judge Presiding

BEFORE JUSTICE CHAPA, JUSTICE RIOS, AND JUSTICE WATKINS

In accordance with this court's opinion of this date, this appeal is DISMISSED.

SIGNED October 23, 2019.

Luz Elena D. Chapa, Justice